FITZHUGH A. CHEESEBRO, Respondent, *v.* ANNA CORNING, Appellant.

*Cheesebro* v. *Corning*, 61 App. Div. 612, affirmed.
(Argued October 15, 1902; decided October 31, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 8, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*John Van Voorhis* and *Brown & Poole* for appellant.

*George D. Reed* for respondent.

Judgment affirmed, but as the court think the damages in this case are excessive and as this court cannot reverse on that account or reduce the damages, the affirmance is without costs ; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ. Not voting : WERNER, J.

---

GEORGE SPINK, Respondent, *v.* ANNA CORNING, Appellant, Impleaded with Another.

*Spink* v. *Corning*, 61 App. Div. 84, affirmed.
(Argued October 15, 1902; decided October 31, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 8, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term.

*John Van Voorhis* and *Brown & Poole* for appellant.

*George D. Reed* for respondent.

Judgment affirmed, but as the court think the damages in this case are excessive and as this court cannot reverse on that

account or reduce the damages, the affirmance is without costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ. Not voting: WERNER, J.

---

WILLIAM S. VAN CLIEF, Respondent, *v.* ELIZABETH R. JENKINS, Appellant, et al.

*Van Clief* v. *Jenkins,* 60 App. Div. 632, affirmed.
(Argued October 16, 1902; decided October 31, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 1, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Edward A. Alexander* for appellant.

*William D. Gaillard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, CULLEN and WERNER, JJ.

---

ELBERT STANNARD, Respondent, *v.* THE WHITESTONE FORGE AND CONSTRUCTION COMPANY, Appellant.

*Stannard* v. *Whitestone F. & C. Co.,* 61 App. Div. 622, affirmed.
(Argued October 16, 1902; decided October 31, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 4, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Carlos C. Alden, Ingle Carpenter* and *James R. Rogers* for appellant.

*Albert G. McDonald* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, CULLEN and WERNER, JJ.